UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| LINDA D. SAVIDGE,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. C10-2020-RAJ-MAT<br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Based on Defendant's Unopposed Motion, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including May 18, 2011, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including June 1, 2011, to file an optional reply brief.

DATED this 19th day of April, 2011.

Mary Alice Theiler
United States Magistrate Judge

Page 1  ORDER - [C10-2020-RAJ-MAT]

1

2  Presented by:

3  s/ Gerald J. Hill
   GERALD J. HILL
4  Special Assistant U.S. Attorney
   Office of the General Counsel
5  Social Security Administration
   701 Fifth Avenue, Suite 2900 M/S 221A
6  Seattle, WA  98104-7075
   Telephone:  (206) 615-2139
7  Fax:  (206) 615-2531
   gerald.j.hill@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23