01

02

03

04

05

06

07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08 LINDA D. SAVIDGE,                          )
                                              )   CASE NO. C10-2020-RAJ
09        Plaintiff,                          )
                                              )
10    v.                                      )
                                              )   REPORT AND RECOMMENDATION
11 MICHAEL ASTRUE,                            )
   Commissioner of Social Security,           )
12                                            )
          Defendant.                          )
13 _____   )

14        Plaintiff brought this action to seek judicial review of the denial of her application for

15 Disability Insurance Benefits by the Commissioner of the Social Security Administration.   The

16 parties have now stipulated that this case should be reversed and remanded pursuant to sentence

17 four of 42 U.S.C. § 405(g).   (Dkt. 15.)

18        Based on the stipulation of the parties, the Court recommends that this case be

19 REVERSED and REMANDED for further administrative proceedings.   The parties have

20 stipulated that, on remand, the Administrative Law Judge (ALJ) will: (1) explain the weight

21 given to the opinion of Laszlo Sztonak, M.D., that plaintiff could sit for five hours cumulatively

22 in an eight-hour day; (2) reconsider plaintiff's residual functional capacity, including by

REPORT AND RECOMMENDATION
PAGE -1

01 determining limitations, if any, due to urinary incontinence; (3) re-determine whether plaintiff

02 had past relevant work and whether plaintiff could perform any past relevant work following

03 Social Security Ruling (SSR) 96-8p and SSR 82-62; and (4) reconsider the issue of disability

04 under the sequential evaluation process and issue a new written decision.  In addition, the

05 parties agree that the ALJ and plaintiff may raise and pursue additional issues, including any

06 discussed in plaintiff's brief in this case, and that those other aspects of the ALJ's prior decision

07 not specifically addressed here are not specifically affirmed.  Also, upon proper application,

08 the Court will consider plaintiff's application for attorney fees and expenses pursuant to 28

09 U.S.C. § 2412.

10       Given the above, the Court recommends that United States District Judge Richard A.

11 Jones immediately approve this Report and Recommendation and order the case REVERSED

12 and REMANDED for further administrative proceedings.   A proposed order accompanies this

13 Report and Recommendation.

14       DATED this 20th day of May, 2011.

15

16                              Mary Alice Theiler

17                              United States Magistrate Judge

18

19

20

21

22

REPORT AND RECOMMENDATION
PAGE -2